**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02367-BNB

DOUGLAS LLOYD MICCO,

    Applicant,

v.

FRANCES FAULK, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On October 10, 2014, the Court directed Applicant to respond to Respondents' Motion for Leave to File Motion to Dismiss, ECF No. 12. Applicant filed a Response to the Motion to Dismiss, ECF No. 15, on October 27, 2014. Nothing in the Response asserts a basis for denying Respondents' request to file a Motion to Dismiss. Therefore, the Court will grant Respondents' Motion for Leave, ECF No. 12.

Dated:  October 28, 2014