IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02367-LTB

DOUGLAS LLOYD MICCO,

    Applicant,

v.

FRANCIS FALK, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

# JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on January 5, 2015, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 5 day of January, 2015.

                      FOR THE COURT,

                      JEFFREY P. COLWELL, Clerk

                      By: s/ T.Schaffer
                             Deputy Clerk